USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2233 ADALBERTO LOZADA-DIAZ; ARLENE SANABRIA-SOTO; KARLA MICHELLE LOZADA-SANABRIA; FELIPE MANUEL LOZADA-SANABRIA;  LUIS ALBERTO LOZADA-SANABRIA,   Plaintiffs, Appellants,  v.  UNITED STATES & UNITED STATES POSTAL SERVICES,  Defendants, Appellees. _______________________  ABC INSURANCE CO.; JOHN DOE; RICHARD ROE; DEF INSURANCE CO.,  Defendants.    APPEAL FROM THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF PUERTO RICO  [Hon. Juan M. Perez-Gimenez, U.S. District Judge]    Before Torruella, Chief Judge, Selya and Boudin, Circuit Judges.    Paul M. Vilaro-Nelms and Vilaro Law Offices on brief forappellants. Guillermo Gil, United States Attorney, Miguel A. Fernandez,Chief, Civil Division, and Isabel Munoz-Acota, Assistant UnitedStates Attorney, on brief for appellees.August 6, 1999 Per Curiam. Upon careful review of the briefs and record, we conclude that plaintiffs' action properly was dismissed under Fed. R. Civ. P 12(b)(6) for failure to state a claim upon which relief could be granted. We reach this conclusion essentially for the reasons stated by the district court in the Opinion and Order dated August 4, 1998, adding only one comment.  The district court was not required on its own motion to volunteer an additional opportunity to amend the complaint before dismissing the action, and we decline to require that the district court allow an amendment now. See Royal Business Group, Inc. v. Realist, Inc., 933 F.2d 1056, 1066 (1st Cir. 1991). Affirmed. See 1st Cir. Loc. R. 27.1.